# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PNC BANK N.A.,**

      **Plaintiff,**

**v.**                                                                             **Case No:   6:13-cv-1765-Orl-31TBS**

**JRG HOLDINGS, INC., ROBERT F. DALY and MOUNT THIS FISH COMPANY,**

      **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Final Default Judgment (Doc. No. 31) filed March 24, 2015.

On March 26, 2015, the United States Magistrate Judge issued a report (Doc. No. 32) recommending that the motion be granted. On April 3, 2015, Robert F. Daly, on behalf of JRG Holding Inc., filed an objection to the Motion for Default Judgment.   The objection was untimely. Furthermore, since Mr. Daly is not a member of this Court's bar, and because a corporate entity cannot appear *pro se*, the objection was stricken (Doc. 34).   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Final Default Judgment is **GRANTED in part**.

3. Plaintiff shall tender to the Court the original promissory note.   After receipt of the note, the Court will enter a final decree of foreclosure on Count III, as outlined in the Report and Recommendation.

- 2 -

4. The Court reserves jurisdiction to enter a deficiency judgment on the note and guaranty (Counts I and II), upon application within thirty (30) days after the foreclosure sale.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 4, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party